UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

          Plaintiff,

     v.

SHANNON WEIDMAN, *et al.*,

          Defendants.

Case No. C11-274 MJP

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the Plaintiff's two objections (Dkt. No. 3 and 4), and the remaining record, does hereby ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

    (3)    Plaintiff's proposed civil-rights complaint is **DISMISSED**; and

    (4)    The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Tsuchida.

DATED this 18th day of March, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1